**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 28, 2026

**By ECF**
The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *United States v. Maurice Patterson*, 26 Cr. 169 (WFK)**

Dear Judge Kuntz:

The Government respectfully writes to request that defense counsel's letter requesting deferred prosecution or resolution through a misdemeanor, *see* Dkt. 29, be sealed. On July 10, 2026, defense counsel sent the Government a letter requesting that the Government defer its prosecution of the defendant, or, in the alternative, resolve the case through a misdemeanor plea (the "Letter"). On August 25, 2026, at the start of the change-of-plea hearing, the Government provided the Court with a copy of that Letter. Later that day, the Court docketed the Letter. (Dkt. 29.)

The Government respectfully submits that the Letter should be filed under seal. *First*, the letter repeatedly identifies the victim in this case—who is a sitting federal judge—by name. In order to protect the victim's identity and ensure the victim's safety, the Government has not publicly revealed the victim by name and has instead referred to the victim as "Judge-1" in Court filings. (*See* Dkt. 1 (Complaint); Dkt. 27 (Superseding Information).) *Second*, the letter itself—which is apparently written, at least in part, from the vantage point of the defendant but signed by defense counsel because it was initially intended as an advocacy piece seeking deferred prosecution—presents untrue and potentially inflammatory accusations against Judge-1 as if they are facts based in reality. (*See, e.g.*, Dkt. 29 at 2 ("Mr. Patterson finally learned the truth—[Judge-1] was . . . .").) Because of the Letter's format, someone who reads the Letter could misunderstand it, believe that the substance of the letter has an air of credibility, and wrongly interpret the unfounded theories about Judge-1 as truthful. Indeed, such baseless theories could appeal to individuals oriented similarly to the defendant, who have unfounded—and potentially dangerous—grievances against members of the federal government generally, the judiciary, or Judge-1 specifically. Particularly in the current environment, in which there have been multiple instances of threats against federal officials, including members of the judiciary, that could seriously risk Judge-1's safety.

Accordingly, the Government thus respectfully requests that the Court order the Letter filed at Dkt. 29 be sealed. The Government has conferred with defense counsel, and defense counsel does not oppose the Government's sealing request.

Respectfully submitted,

/s/

JAMES M. McDONALD
United States Attorney for the
Southern District of New York

by: Patrick J. Gallagher

Patrick J. Gallagher
Assistant United States Attorney
(212) 637-2251